FILED

04/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0197

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0197

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

RICHARD DENVER HINMAN,

   Defendant and Appellant.

# ORDER

Appellate Defender Chad Wright, on behalf of Appellant Hinman, moves for extension of time to file the opening brief, ADD's eleventh such request. Since last July, the Court has granted extensions on the ground that the Appellate Defender is assigning cases to address the office's backlog and "attempting to identify which ADD or contract attorney is best able to assume responsibility" for the appeal. The Court finds good cause for the current motion but is concerned that the appeal has been pending for over a year without assignment of counsel. The Court trusts this case is being given priority and will be reluctant to grant further requests without additional explanation.

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 14, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
April 8 2021